**PANZARELLA LAW FIRM**
**RAYMOND V. PANZARELLA, ESQ.**
**15 W. WASHINGTON ST.**
**TUCSON, AZ 85701**
**Telephone: (520) 882-3770**
**Facsimile: (520) 628-4712**
**E-mail:     prv3@qwestoffice.net**

**Pima County Computer No.:  44332**
**State Bar No. 012841**

**Attorney for Defendant**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 09-0685-001 TUC-CKJ (DTF) |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF APPEAL |
| ) | |
| ISAIAS GONZALEZ-APARICIO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is expected that excludable delay under Title 18, United States District Court, Section 3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

NOTICE is hereby given that Isaias Gonzalez-Aparicio, above-named Defendant, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of guilt, pursuant to Rule 3(c), Federal Rules of Appellate Procedure.

RESPECTFULLY SUBMITTED this 5th day of November 2009.

PANZARELLA LAW FIRM


By /s/ Raymond V. Panzarella
Raymond V. Panzarella
Attorney for Defendant

Copy of the foregoing electronically mailed
this date to:

Ann L. DeMarais, Esq.
U.S. Attorney's Office

Copy of the foregoing delivered this date to:

Erin C. Jesensky
U.S. Probation Office
405 W. Congress
Tucson, AZ 85701