1 | **PANZARELLA LAW FIRM**
**RAYMOND V. PANZARELLA, ESQ.**
2 | **15 W. WASHINGTON ST.**
**TUCSON, AZ 85701**
3 | **Telephone: (520) 882-3770**
**Facsimile:  (520) 628-4712**
4 | **E-mail:      prv3@qwestoffice.net**

5 | PCCN 44332
State Bar No. 012841
6 | Attorney for Defendant

7

### IN THE UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | USDC: CR 09-0685-001TUC-CKJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **MOTION TO WITHDRAW AS** |
| ISAIAS GONZALEZ-APARICIO, ) | **ATTORNEY OF RECORD** |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is expected that excludable delay pursuant to 18 U.S.C. §3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

COMES NOW the Defendant, Isaias Gonzalez-Aparicio, by and through his attorney, undersigned, and hereby requests that RAYMOND V. PANZARELLA counsel for Defendant, **ISAIAS GONZALEZ-APARICIO**, be allowed to withdraw as attorney of record based upon the following:

1.     Undersigned counsel is not on the appellate contract with this Court for appeals to the United States Court of Appeals for the 9th Circuit.

2.     This pleading is being filed for record purposes only.

Therefore, undersigned counsel respectfully requests that he be allowed to withdraw from said matter.

RESPECTFULLY SUBMITTED  _5TH__ day of November 2009.

PANZARELLA LAW FIRM


By /s Raymond V. Panzarella_____
    Raymond V. Panzarella
    Attorney for Defendant


Copy of the foregoing electronically mailed
this date to:

Ann L. DeMarais, Esq.
United States Attorney's Office

Copy of the foregoing mailed
this date, via postage-paid mail to:

Isaias Gonzalez-Aparicio
Reg. #46903-208
Central Arizona Detention Center
P.O. Box 6300
Florence, AZ 85232

2